IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| MARY B. PURKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CREDIT PROS INTERNATIONAL CORPORATION, | ) |
| | ) |
| Defendant. | ) Civil Action No. 6:23-CV-060-C |

## ORDER

On this date, the Court considered Defendant's Motion to Dismiss, filed November 20, 2023. Plaintiff failed to file a response and the Motion is deemed unopposed. For essentially the reasons argued in Defendant's Motion, the Court finds that the Motion should be **GRANTED**. More specifically, Plaintiff's Complaint fails to allege any circumstances of fraud with particularity as required by Federal Rule of Civil Procedure 9(b) and thus fails to state a claim for which relief may be granted. As such, Plaintiff's claims brought under 15 U.S.C. § 1679b(a)(3)-(4) (Count I(a)), Texas Financial Code § 393.304(1), § 393.305, § 394.207, and § 394.212 (Count II(a)), and Count III(a)-(b)) are **DISMISSED** WITH PREJUDICE.[1]

SO ORDERED this 18th day of December, 2023.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] However, Defendant clarifies that it does not seek dismissal of Count I(b), predicated on 15 U.S.C. § 1679c. (Def.'s Mot. at 2 n. 1). That claim remains pending.