IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| MARY B. PURKERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CREDIT PROS INTERNATIONAL CORPORATION, | ) |
| | ) |
| Defendant. | )   Civil Action No. 6:23-CV-060-C |

# ORDER

The Court notes that the Parties filed a Stipulation of Dismissal on June 11, 2024. As such, ALL claims asserted in the above-styled and -numbered civil action are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each Party to bear their own costs.

SO ORDERED this 12th day of June, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE